IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Paul, Jacqueline A | Case Number: 06 B 06672 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/1/08 | Filed: 6/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 5, 2008
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,580.14 | |
| Secured: | | 1,672.09 |
| Unsecured: | | 4,084.45 |
| Priority: | | 0.00 |
| Administrative: | | 3,016.00 |
| Trustee Fee: | | 473.75 |
| Other Funds: | | 333.85 |
| Totals: | 9,580.14 | 9,580.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 3,016.00 | 3,016.00 |
| 2. | Access Credit Union | Secured | 0.00 | 0.00 |
| 3. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 7,700.17 | 1,672.09 |
| 5. | Premier Bankcard | Unsecured | 504.58 | 504.58 |
| 6. | ECast Settlement Corp | Unsecured | 449.67 | 449.67 |
| 7. | GE Money Bank | Unsecured | 225.10 | 225.10 |
| 8. | Peoples Energy Corp | Unsecured | 1,283.45 | 1,283.45 |
| 9. | AmeriCash Loans, LLC | Unsecured | 1,621.65 | 1,621.65 |
| 10. | ECast Settlement Corp | Unsecured | 225.10 | 0.00 |
| 11. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 12. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 14. | US Fast Cash | Unsecured | | No Claim Filed |
| 15. | Zurich Ventures | Unsecured | | No Claim Filed |
| 16. | United Cash Loans | Unsecured | | No Claim Filed |
| 17. | Mypaydayloan.Com | Unsecured | | No Claim Filed |
| | | | $ 15,025.72 | $ 8,772.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 204.67 |
| 5.4% | 269.08 |
| | $ 473.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Paul, Jacqueline A

Printed:  7/1/08

Case Number:  06 B 06672
Judge:  Wedoff, Eugene R
Filed:  6/8/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

